COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Erin E.  Davis and Jeffrey Davis v. Bank of America, N.A.,
                          Countrywide Financial Corporation and Countrywide Home Loan, Inc.
                          and Bayview Loan Servicing, LLC

Appellate case number:    01-17-00230-CV

Trial court case number:  15-CV-1152

Trial court:              10th District Court of Galveston County

On June 7, 2018, the Clerk of this Court notified the parties that this appeal was subject to dismissal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a), 43.2(f). Upon further review of the appellate record, the Court has determined that it has jurisdiction over the appeal. *See In re Elizondo*, 544 S.W.3d 824, 829 (Tex. 2018).

Accordingly, appellants' Motion for Extension of Time to File Appellants' Jurisdictional Proof is **dismissed as moot**.

It is so ORDERED.

Judge's signature: /s/ Russell Lloyd
                          Acting individually


Date:  July 3, 2018